CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JIMMIE L. REAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:08-cv-00560 |
| ) | |
| ROANOKE REDEVELOPMENT AND ) | **FINAL ORDER** |
| HOUSING AUTHORITY, ) | |
| ) | By: Hon. James C. Turk |
| and ) | Senior United States District Judge |
| ) | |
| BILL SIZEMORE, ) | |
| ) | |
| Defendants. ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby

## ADJUDGED AND ORDERED

that:

1. Defendants' Motion for Summary Judgment (Docket No. 6) is **GRANTED** in its entirety, and

2. Defendants' Motion for Sanctions (Docket No. 15) is **GRANTED IN PART**, to the extent that a pre-filing injunction shall be imposed against Plaintiff Jimmie L. Reaves. Pursuant to the terms of this pre-filing injunction, Reaves must submit certain paperwork with any new federal court filing relating to: (a) Reaves' lease agreements with the RRHA, (b) the alleged condition of any rental units provided to Reaves by the RRHA, and/or (c) any injuries Reaves claims are attributable to any condition in any rental units provided to Reaves by the RRHA. This paperwork must include both: (a) a copy of this Final Order, and (b) an affidavit signed by Reaves certifying that the claims and/or conduct that are the subject of the proposed lawsuit have never been the subject of any

action in State or Federal court.

The Clerk of Court is directed to strike the case from the active docket and to send a copy of this Final Order and accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

**ENTER**: This 12th day of February, 2009.

*/s/ James C. Turk*
Hon. James C. Turk
Senior United States District Judge